UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP WALKER,

Plaintiff(s),

v.

SKANSKA USA BUILDING INC., et al.,

Defendant(s).

CASE NO. C26-3051-KKE

CASE SCHEDULE

Upon review of the parties' joint status report (Dkt. No. 16), the Court ORDERS that this case shall conform to the following schedule:

| **EVENT** | **DEADLINE** |
|---|---|
| Joinder of additional parties | 60 days from entry of the Scheduling Order |
| Parties' deadline to meet and confer regarding Plaintiff's motion for class certification | August 27, 2027 |
| Plaintiff's deadline to file motion for class certification | September 10, 2027 |
| Defendant's deadline to file opposition to the motion | October 22, 2027 |
| Plaintiff's deadline to file reply in support of the motion | November 19, 2027 |
| Noting date for class certification | December 3, 2027 |

The remainder of the case schedule will be set after the Court's resolution of the motion for class certification.

Dated this 9th day of October, 2026.

Kymberly K. Evanson
United States District Judge